IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

ROBERT CLIFFORD,                                         Case No. 6:26-cv-00714-AP

            Plaintiff(s),                                **ORDER**

   v.

DHFITNESS LLC, LESLIE R. GONZALEZ, ELI M.
GONZALEZ, DOMINIC EDWARD BONORA, DOES
(1-100), and BLACK AND WHITE COMPANY,

            Defendant(s).

_____

MCSHANE, Judge:

    Plaintiff, a self-represented litigant, filed this action in April 2026. Plaintiff's Complaint was deficient in several respects, and on April 29, 2026, Plaintiff was allowed thirty days in which to file an Amended Complaint. Plaintiff was advised that the failure to do so would result in the dismissal of this action, with prejudice. To date, Plaintiff has not filed an Amended Complaint or otherwise responded to the Court's Order. Accordingly, this action is DISMISSED with prejudice for failure to state a claim.

    IT IS SO ORDERED.

    DATED this 17th day of June, 2026.

                               s/Michael J. McShane_____
                               MICHAEL J. MCSHANE
                               United States District Judge

PAGE 1 – ORDER